# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

OHIO CITIZEN ACTION,

       Plaintiff,        :        Case No. 3:05-cv-263

                                  District Judge Walter H. Rice

-vs-                           Magistrate Judge Michael J. Newman
                          :        (Mediator)

CITY OF ENGLEWOOD,

       Defendant.

                                :

---

## CONDITIONAL DISMISSAL ORDER

      The Court having been advised by counsel that the above matter has been settled, it is ORDERED that this action (including all claims by all parties) is hereby DISMISSED WITH PREJUDICE, provided that any of the parties may, upon good cause shown not later than **August 20, 2012**, reopen the action if settlement is not consummated. The parties may substitute a judgment entry contemplated by the settlement agreement upon approval of the Court.

      This Court explicitly retains jurisdiction to enforce the settlement agreement reached by the parties, on motion or *sua sponte*.

      Each party shall bear its own costs.

7-20-12
Date

                                                    Walter H. Rice
                                            United States District Judge